792 A.2d 1244

**In re Benjamin Ronald CRAHALLA, District Justice in and for Magisterial District 38–1–20.**

**Appeal of Judicial Conduct Board.**

Supreme Court of Pennsylvania.

Dec. 12, 2000.

## *ORDER*

PER CURIAM:

**AND NOW**, this 12th day of December, 2000, the order of the Court of Judicial Discipline is affirmed.